```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 19191
    KEVIN D ATKINS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-5502


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/13/2005 and was confirmed 06/29/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  21.11% from remaining funds.

     The case was paid in full 06/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------------
ROBERT J ADAMS & ASSOC    PRIORITY         NOT FILED            .00             .00
AIP                       UNSECURED        NOT FILED            .00             .00
ARROWHEAD INVESTMENTS     UNSECURED        NOT FILED            .00             .00
CAPITAL MANAGEMENT SERVI  UNSECURED        NOT FILED            .00             .00
CASH ADVANCE CORP         UNSECURED        NOT FILED            .00             .00
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED            .00             .00
CITY OF CHIGO             NOTICE ONLY      NOT FILED            .00             .00
CITY OF CHICAGO PARKING   UNSECURED           510.00            .00          107.66
ROUNDUP FUNDING LLC       UNSECURED           577.22            .00          121.85
HOLY CROSS HOSPITAL       UNSECURED        NOT FILED            .00             .00
IL DEPT OF EMPLOYMENT SE  UNSECURED          3230.00            .00          681.82
ISAC                      UNSECURED OTH     7038.32            .00         1350.16
LASALLE TALMAN BANK       UNSECURED        NOT FILED            .00             .00
LORRAINE GREENBERG & ASS  UNSECURED          2039.44            .00          430.51
LOAN EXPRESS CO           UNSECURED OTH      120.00            .00           25.34
JEFFERSON CAPITAL SYSTEM  UNSECURED           754.52            .00          159.27
NORTHWESTERN MEMORIAL HO  UNSECURED        NOT FILED            .00             .00
PREFERRED CASH            UNSECURED        NOT FILED            .00             .00
SECRETARY OF STATE        NOTICE ONLY      NOT FILED            .00             .00
SONIC PAYDAY COM          UNSECURED        NOT FILED            .00             .00
UNITED CASH LOAN          UNSECURED        NOT FILED            .00             .00
XPRESS CASH               UNSECURED        NOT FILED            .00             .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT      210.00            .00          210.00
AT&T WIRELESS             NOTICE ONLY      NOT FILED            .00             .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY       2,000.00                       2,000.00
TOM VAUGHN                TRUSTEE                                            313.39
DEBTOR REFUND             REFUND                                                .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 19191 KEVIN D ATKINS
```

```
TRUSTEE                                         5,400.00

PRIORITY                                                         210.00
SECURED                                                              .00
UNSECURED                                                      2,876.61
ADMINISTRATIVE                                                 2,000.00
TRUSTEE COMPENSATION                                             313.39
DEBTOR REFUND                                                        .00
                                           ----------------  ----------------
TOTALS                                           5,400.00       5,400.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 09/25/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 19191 KEVIN D ATKINS